144

982 A.2d 1222

Martin L. DUNSON and Lisa M. Jones, Administrators of the Estate of Marquis Matthew Dunson, Deceased

v.

McNEIL–PPC, INC., McNeil Consumer Healthcare, A Division of McNeil–PPC, Inc. and McNeil Consumer & Specialty Pharmaceuticals, A Division of Johnson & Johnson, Inc.

Petition of Martin L. Dunson and Lisa M. Jones.

Supreme Court of Pennsylvania.

Oct. 27, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 27th day of October 2009, the Petition for Allowance of Appeal is DENIED. The Application for Permission to Amend Response is GRANTED.